UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>             Plaintiff,<br>  v.<br><br>NEIL McDOWELL, *et al.*,<br><br>             Defendants. | No. EDCV 18-1284 JVS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

      IT IS ORDERED that (1) plaintiff's retaliation claims based on the raid are dismissed with prejudice; and (2) plaintiff's retaliation, due process, and access-to-the-courts claims based on his alleged placement in administrative segregation are dismissed with prejudice.

DATED:  July 19, 2019

                                                     JAMES V. SELNA
                                          United States District Judge