IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE HERNANDEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**N. McDOWELL, et al.,**<br><br>Defendants. | Case No. 5:18-cv-01284-JVS-RAO<br><br>**REVISED PROTECTIVE ORDER REGARDING CONFIDENTIAL / PRIVILEGED RECORDS** |

Pursuant to Plaintiff's Motion for an Order Compelling Discovery filed March 12, 2020 (ECF No. 59), Defendants have requested that any production of confidential/privileged documents, if necessary after in camera review, be limited by a protective order, to protect the unwarranted disclosure of private or confidential information. Defendants have also identified certain confidential/privileged documents that can be provided to Plaintiff subject to a protective order.

Having considered the application, the Court finds good cause and grants Defendants' request for a protective order, as revised herein.

Accordingly, IT IS HEREBY ORDERED:

1. Defendants' motion for a protective order is granted regarding privileged or confidential documents ordered produced to Plaintiff Jose Hernandez, CDCR No. H 07189, as follows: (1) the documents are to be retained by the prison's litigation coordinator at Plaintiff's institution, and Plaintiff may review the documents through his correctional counselor; (2) the documents are for Plaintiff's eyes only, and he shall not disseminate them or the information contained therein; (3) the documents are to be used solely in conjunction with this case, and no copies shall be made except for submission to the Court; and (4) at the conclusion of this matter, all copies made in connection with this case shall be destroyed by the California Department of Corrections and Rehabilitation;

2. Defendants may redact (1) the personal identifying information of the Defendants and third parties, (2) inmate names and tracking numbers, and (3) non-public information that relates to the processes, operations, and investigations done by prison personnel, from any confidential record if ordered produced and as provided by Court order;

3. In accordance with the Court's Order of April 23, 2020 (ecf no. 67), Plaintiff may review the redacted documents marked as Bates Nos. PRIV 0005-0079 pursuant to the Court's Protective Order (ecf no. 68);

4. In accordance with the Court's Order of April 23, 2020 on Plaintiff's Motion to Compel Production f Documents (ECF No. 67), Defendants have lodged, for the Court's in camera review, privileged/confidential documents in response to Request No. 1, 2, and 7, marked as Bates Nos. PRIV 0001-0004 and Request No. 4, marked as Bates Nos PRIV 0080-0093.

5. If any additional records are ordered produced following the Court's in camera review, Plaintiff may review the documents through his correctional counselor for a limited period of time, when the institution determines that it is safe, in light of the COVID-19 pandemic, for the inmate to travel out of his cell to examine the records with his correctional counselor.

**IT IS SO ORDERED.**

Dated: __November 2, 2020_____    _____
The Honorable Rozella A. Oliver

LA2019503257
Second Protective Order.docx