UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEIL MCDOWELL, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 18-1284 JVS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, Dkt. No. 14; the Report and Recommendation of the United States Magistrate Judge ("Report"), Dkt. No. 121; and all other records and files herein. The time for filing objections to the Report has passed, and no objections have been received.

The Court hereby accepts and adopts the Magistrate Judge's findings, conclusions, and recommendations. IT IS ORDERED that this action is dismissed with prejudice.

DATED: March 07, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE