# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>NEIL MCDOWELL, et al.,<br><br>        Defendants. | Case No. EDCV 18-01284 JVS (RAO)<br><br>JUDGMENT |

    In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATE: March 07, 2022

                                              _____
                                              JAMES V. SELNA
                                              UNITED STATES DISTRICT JUDGE